UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TROY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV181 SNLJ |
| | ) | |
| RONNIE ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court are various post-dismissal letters from plaintiff Troy Williams, which the Court will interpret as requests to amend his complaint. *See* Docket Nos. #18 and #19. Plaintiff has outlined several different claims and defendants he would like to add to this closed action. As noted in this Court's dismissal order, plaintiff's claims outlined in his original complaint were largely delusional and failed to state any claims based in fact. Moreover, his claims dated back to 1984 and were barred by the statute of limitations. *See* Memorandum and Order of Dismissal issued on January 23, 2015. Docket Nos. #3 and #4.

The claims outlined in plaintiff's correspondence are more of the same delusional-based and time-barred versions of the claims contained in the instant action. An action is factually frivolous if the facts alleged are "clearly baseless"; allegations are clearly baseless if they are "fanciful," "delusional," or "fantastic." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). The allegations in the various letters and petitions provided by plaintiff are factually frivolous under *Denton* and cannot form the basis for amending the complaint in this action. Moreover, the majority of the claims alleged by plaintiff are based on the same 1984 allegations that this Court

has already held is time-barred under the current lawsuit. Plaintiff's request to amend his complaint will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal requests to amend his complaint in this action [Doc. #18 and #19] are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall not be allowed to file any additional correspondence or motions in this closed action.

**IT IS FURTHER ORDERED** that an appeal of this action shall not be filed in good faith.

Dated this 20th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE